UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI ELECTRIC COOPERATIVES, et al., | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| v. | ) No. 4:16-CV-01901-NAB<br>) |
| STATE OF MISSOURI, et al., | )<br>) |
| Defendant(s). | ) |

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Nannette A. Baker to District Judge Jean C. Hamilton.

December 13, 2016
Date

_Gregory J. Linhares_            /
Clerk of Court

By:  /s/ Genevieve Bales            /
GENEVIEVE BALES
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:16-CV-01901-JCH**