UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI ELECTRIC COOPERATIVES, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:16-CV-01901 JCH |
| STATE OF MISSOURI, ET AL., | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

At the direction of the Court,

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable Catherine D. Perry.

| | |
|---|---|
| December 20, 2016 | GREGORY J. LINHARES |
| Date | CLERK OF COURT |
| | |
| | By: /s/ Katie Spurgeon |
| | Operations Manager |

**In all future documents filed with the Court, please use the following case number: 4:16-CV-01901 CDP.**