IN THE UNITED STATES DISCTRIC COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI ELECTRIC COOPERATIVES, d/b/a ASSOCIATION OF MISSOURI ELECTRIC COOPERATIVES; ASSOCIATION OF MISSOURI ELECTRIC COOPERATIVES-PAC DAVID CLINDT and LEGENDS BANK, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF MISSOURI, and THE MISSOURI ETHICS COMMISSION AND ITS COMMISSIONERS <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No: 4:16-cv-01901 |

## ENTRY OF APPEARANCE

Curtis Schube, Assistant Attorney General, hereby enters his appearance on behalf of the Defendants.

                                                 Respectfully submitted,

                                                 **CHRIS KOSTER**
                                                 Attorney General

                                               /s/ *Curtis Schube*
                                               CURTIS SCHUBE
                                               Solicitor General
                                               Missouri Bar No. 63227
                                               Supreme Court Building

P.O. Box 899
Jefferson City, MO 65102
(573) 751-7728
(573) 751-5660 (facsimile)
Curtis.Schube@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following:

Charles W. Hatfield, MO Bar No. 40363
Erin M. Naeger, MO Bar No. 66103
230 W. McCarty Street
Jefferson City, Missouri 65101
(573) 636-6263
(573) 636-6231 (fax)
chuck.hatfield@stinson.com
erin.naeger@stinson.com

*/s/ Curtis Schube*
Assistant Attorney General