# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI ELECTRIC COOPERATIVES, d/b/a ASSOCIATION OF MISSOURI ELECTRIC COOPERATIVES; ASSOCIATION OF MISSOURI ELECTRIC COOPERATIVES-PAC; DAVID KLINDT; and LEGENDS BANK, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF MISSOURI, and THE MISSOURI ETHICS COMMISSION AND ITS COMMISSIONERS: NANCY HAGAN, BILL DEEKEN, ERIC L. DIRKS, DON SUMMERS, KIM BENJAMIN AND GEORGE RATERMANN, <br><br> Defendants. | Case No. 4:16-cv-01901 |

## PLAINTIFFS' MOTION FOR AN IMMEDIATE HEARING DATE AND SHORT ORDER OF NOTICE

Pursuant to Rule 65(b), Plaintiffs respectfully request this Court issue an immediate hearing date on their Motion for a Temporary Restraining Order. Plaintiffs request the Court hear their Motion for a Temporary Restraining Order on Thursday, December 22, 2016, Friday, December 23, 2016 after 10am or Tuesday, December 27, 2016 or as soon as possible thereafter at the Court's convenience. Counsel for Defendants has advised they are available Tuesday, December 27, 2016 but would prefer a hearing date on either Wednesday, December 28, 2016 after 3pm or Thursday, December 29, 2016. Plaintiffs are available to appear in person, but suggest that for convenience of counsel a telephone conference would be preferable.

Additionally, Plaintiffs seek an order shortening the time period to give Defendants notice for a hearing on any of these dates. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs have filed a Complaint against Defendants requesting the Court declare that MO. CONST. Article VIII, Section 23 is facially unconstitutional and unenforceable.

2. Defendants' enforcement of Article VIII, Section 23 will impair Plaintiffs' First Amendment rights to free speech and assembly.

3. Plaintiffs have filed a Motion for Temporary Restraining Order and Preliminary Injunction asking this Court to enjoin Defendants from enforcing the unconstitutional provisions of Article VIII, Section 23 in any way.

4. Plaintiffs seek to have their request for a temporary restraining order heard as quickly as possible to preserve the status quo until a hearing on the preliminary injunction can be set.

Plaintiffs request this Court hear their Motion for Temporary Restraining Order as soon as possible and permit Plaintiffs to provide shortened notice to Defendants of the hearing.

Respectfully submitted,

**STINSON LEONARD STREET LLP**

By: */s/ Charles W. Hatfield*
Charles W. Hatfield, MO Bar No. 40363
Erin M. Naeger, MO Bar No. 66103
230 W. McCarty Street
Jefferson City, Missouri 65101
(573) 636-6263
(573) 636-6231 (fax)
chuck.hatfield@stinson.com
erin.naeger@stinson.com

*Attorneys for Plaintiffs*

CORE/0839104.0003/130722412.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served via the Court's CM/ECF system and by mail this 20th day of December, 2016, upon the following:

Curtis M. Schube
Solicitor General
Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
curtis.schube@ago.mo.gov

James Layton
Solicitor General
Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
james.layton@ago.mo.gov

*Attorneys for Defendants*

*/s/ Charles W. Hatfield*
Attorney for Plaintiffs