UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI ELECTRIC COOPERATIVES, d/b/a Association of Missouri Electric Cooperatives, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:16CV1901 CDP |
| STATE OF MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

As discussed with both counsel in the telephone conference held today,

**IT IS HEREBY ORDERED** that plaintiffs' Motion for an Immediate Hearing Date and Short Order of Notice [18] is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction will be heard before the undersigned on **Thursday, December 29, 2016**, at **9:00 a.m.**, in Courtroom 14-South, Thomas F. Eagleton Federal Courthouse, 111 South 10th Street, St. Louis, Missouri 63102. Counsel for all parties are required to appear in person at the hearing.

**IT IS FURTHER ORDERED** that no later than **4:00 p.m.** on **Wednesday, December 28, 2016**:

1) Plaintiffs shall file with the Court a proposed Temporary Restraining

Order that contains proposed findings and other contents in substantial compliance with Fed. R. Civ. P. 65(d). With this proposed TRO, plaintiffs shall submit to the Court a proposal regarding the security and/or bond required to be posted under Fed. R. Civ. P. 65(c).

2) Defendants shall file a brief in response to plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2016.