UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI ELECTRIC COOPERATIVES, d/b/a Association of Missouri Electric Cooperatives, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 4:16 CV 1901 CDP |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is reset from 9:00 a.m. to **1:00 p.m. on Thursday, December 29, 2016** in Courtroom 14-South, Thomas F. Eagleton Federal Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.

Counsel for all parties are required to appear in person at the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of December, 2016.