**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MISSOURI ELECTRIC | ) | |
| COOPERATIVES, d/b/a | ) | |
| ASSOCIATION OF MISSOURI | ) | |
| ELECTRIC COOPERATIVES, et al., | ) | |
| | ) | Case No. 4:16-cv-01901 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW James D. Bass, of the law firm of Stinson Leonard Street LLP, and enters

his appearance for and on behalf of Plaintiffs Missouri Electric Cooperatives d/b/a Association

of Missouri Electric Cooperatives, Association of Missouri Electric Cooperatives-PAC, David

Klindt and Legends Bank.

Respectfully submitted,

**STINSON LEONARD STREET LLP**


By:  */s/ James D. Bass*
       James D. Bass, 32913MO
       7700 Forsyth, Suite 1100
       St. Louis, MO 63105
       Tel:     314.863.0800
       Fax:    314.863.9388
       james.bass@stinson.com

       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of December, 2016, the foregoing was filed with the Clerk of court electronically, to be served by operation of the Court's electronic filing system upon all counsel of record.

_/s/ James D. Bass_
_Attorneys for Plaintiffs_

CORE/0839104.0003/130815566.1