UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** December 29, 2016  **Case No.** 4:16CV01901 CDP

Missouri Electric Cooperative, et al., v. State of Missouri, et al.,

**Judge** Perry

**Court Reporter** G. Madden  **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** Charles Hatfield, James Bass

**Attorneys for Defendant(s)** Curtis Schube

**Parties present for** hearing on Plaintiffs' Motion for Temporary Restraining Order[14]. Arguments of counsel heard. Plaintiffs' withdraw motion for temporary restraining order. Order to follow setting briefing deadlines and . preliminary injunction hearing.

Attorneys Present : _____

Proceedings commenced: 1:05 p.m.

Proceedings concluded: 1:51 p.m.