UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI ELECTRIC COOPERATIVES, d/b/a Association of Missouri Electric Cooperatives, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:16CV1901 CDP |
| STATE OF MISSOURI, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' oral motion to withdraw their request for a temporary restraining order is **GRANTED.** Plaintiffs' motion for preliminary injunction remains pending before the Court.

**IT IS FURTHER ORDERED** that no later than **January 4, 2017**, plaintiffs shall file a brief in reply to defendants' Memorandum in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Defendants are permitted to file a surreply no later than **January 6, 2017**. In the event defendants file a surreply, plaintiffs are permitted to file a sur-surreply no later than **January 9, 2017**.

**IT IS FURTHER ORDERED** that this matter is set for a preliminary injunction hearing on **Friday, January 13, 2017, at 9:00 a.m.** in Courtroom

14-South.  No later than **January 11, 2017**, the parties shall file with the Court a statement indicating whether evidence will be adduced at the hearing.

**IT IS FURTHER ORDERED** that no later than **5:00 p.m.** on **January 11, 2017**, plaintiffs shall file with the Court a proposed form of preliminary injunction and email a word processing version of this document to my judicial assistant.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2016.